1 EDWARD C. DUCKERS (Bar No. 242113)
   ecduckers@stoel.com
2 STOEL RIVES LLP
  111 Sutter Street, Ste 700
3 San Francisco, CA 94104
  Telephone: (415) 617-8900
4 Facsimile: (415) 676-3000

5 KENNETH B. BLACK (Bar No. 148026)
   kbblack@stoel.com
6 STOEL RIVES LLP
  201 S. Main St., Ste 1100
7 Salt Lake City, Utah 84111
  Telephone: (801) 328-3131
8 Facsimile: (801) 578-6999

9 Attorneys for Defendant
  Schiff Nutrition International, Inc.

10

11

                    UNITED STATES DISTRICT COURT

12

                 NORTHERN DISTRICT OF CALIFORNIA

13

RICHARD R. SWILLINGER,                  | Case No. C07-00986 PJH

14

            Plaintiff,                  | **STIPULATION OF DISMISSAL WITH
                                        | PREJUDICE** AND ORDER
15

    v.

16

SCHIFF NUTRITION INTERNATIONAL,
17 INC.
                                        | **The Honorable Phyllis J. Hamilton**
18          Defendant.

19

20

            Plaintiff Richard R. Swillinger and defendant Schiff Nutrition International, Inc.,

21

through their undersigned counsel, hereby stipulate and agree that, pursuant to Rule 41(a)(1)(ii) of

22

the Federal Rules of Civil Procedure, this action shall be and hereby is dismissed with prejudice

23

in its entirety. Each party shall bear its own attorneys' fees and costs.

24

25

26

27

28

DATED: December 14, 2007

STOEL RIVES LLP

By: _____
Attorneys for Defendant
Schiff Nutrition International, Inc.

DATED: December __, 2007

Forden Athearn, Esq.

By: _____
Attorney for Plaintiff Richard R. Swillinger

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

SaltLake-350735.1 0033636-00044

DATED: December ___, 2007

STOEL RIVES LLP


By: _____
Attorneys for Defendant
Schiff Nutrition International, Inc.


DATED: November 25, 2007

Forden Athearn, Esq.

By: _____
Attorney for Plaintiff Richard R. Swillinger

12/17/07

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  EDWARD C. DUCKERS (Bar No. 242113)
      ecduckers@stoel.com
2  STOEL RIVES LLP
   111 Sutter Street, Ste 700
3  San Francisco, CA 94104
   Telephone: (415) 617-8900
4  Facsimile: (415) 676-3000

5  KENNETH B. BLACK (Bar No. 148026)
      kbblack@stoel.com
6  STOEL RIVES LLP
   201 S. Main St., Ste 1100
7  Salt Lake City, Utah 84111
   Telephone: (801) 328-3131
8  Facsimile: (801) 578-6999

9  Attorneys for Defendant
   Schiff Nutrition International, Inc.
10

11

                  UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| RICHARD R. SWILLINGER,<br><br>Plaintiff,<br><br>v.<br><br>SCHIFF NUTRITION INTERNATIONAL, INC.<br><br>Defendant. | Case No. C07-00986 PJH<br><br>**DECLARATION OF SERVICE OF STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>**The Honorable Phyllis J. Hamilton** |

21      The undersigned declares that a true and correct copy of the Stipulation of Dismissal

22  with Prejudice, along with a copy of this Declaration of Service, was mailed this 14th day of

23  December, 2007, via U.S. First Class Mail, postage pre-paid, to Forden Athearn, Attorney for

24  Plaintiff Richard R. Swillinger, at his address of record.

25

26

27

28

DATED: December 14, 2007

STOEL RIVES LLP

By:
Michelle M. Cerutti
Legal Assistant

-2-